AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sapphire Enterprises, LLC d/b/a As Seen on TV Plus and d/b/a As Seen on TV, by and through its Assignee, Madisyn Jecha,<br>*Plaintiff*<br>v.<br>Allstate Insurance Company,<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No.   2:20-cv-1054-MBS<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✓ other: Defendant Allstate Insurance Company's Motion to Dismiss is granted in part. The complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✓ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   October 14, 2020                                      *CLERK OF COURT*

                                                              s/ V. Druce, Deputy Clerk
                                                              *Signature of Clerk or Deputy Clerk*